**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOSEA ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | No. 4:25-cv-01234-SEP |
| TERI VANDERGRIFF, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Petitioner Hosea Robinson's Motion for Leave to Appeal *in Forma Pauperis*, Doc. [22].  For the reasons set forth below, the motion is denied.

### BACKGROUND

Petitioner filed a Petition for Writ of Habeas Corpus on August 12, 2025.  Doc. [1].  On August 19, 2025, the Court entered a Case Management Order setting an October 3, 2025, deadline for Respondent to file her brief.  Doc. [2].  Prior to the receipt of Respondent's brief, Doc. [7], Petitioner filed a Motion that Order Be Modified and Motion to Compel States Attorney General Perform Ethical Duties of Public Judicial Offices Under *Brady*, Doc. [3], and Motion to Modify Original Order, Doc. [5].  Because the motions appeared to be supplements to Petitioner's arguments for habeas relief, the Court denied Petitioner's motions on October 22, 2025.  Doc. [9].  The Court informed Petitioner that it would not accept additional briefing from either party without a meritorious motion seeking leave to file supplemental briefing.  *See id.*

On October 28, 2025, Petitioner filed a Motion for Certificate of Appealability.  Doc. [11].  In the motion, he claimed that he had cognizable *Brady*[1] claims that were unanswered in Respondent's brief, justifying an immediate appeal.  *See id*.  As no final order had been issued in this case, on July 6, 2026, the Court declined to issue a certificate of appealability.  Doc. [17].  In that same Order, the Court also denied Petitioner's Motion to Modify the Show Cause Order, Doc. [15], and Motion for Appointment of Counsel, Doc. [13].

Petitioner filed a Notice of Appeal on July 14, 2026.  Doc. [18].  He indicates that he is appealing the Court's failure to grant him a certificate of appealability, as well as the Court's

---

[1] This is an apparent reference to *Brady v. Maryland*, 373 U.S. 83 (1963).

denials of his Motion to Modify the Original Show Cause Order and Motion for Appointment of Counsel.  *See id*.

## DISCUSSION

Petitioner is a familiar litigant in this Court, having filed numerous civil rights actions and pretrial habeas corpus matters under 28 U.S.C. § 2241.  He is a "three striker" under 28 U.S.C. § 1915(g) due to numerous frivolous filings, and in several matters before this Court, he has filed multiple frivolous appeals.  *See, e.g.*, *Robinson v. State, et al.*, No. 1:23-cv-00056 SRW (E.D. Mo. Apr. 13, 2023).

On July 6, 2026, the Court declined to issue a certificate of appealability, as no final order has yet been issued in this matter.  Doc. [17].  In addition, after reviewing Petitioner's Notice of Appeal and attached briefing, this Court believes that there are no justiciable issues currently ripe for appellate review.  *See* Fed. R. App. P. 24(a)(1) (a motion for leave to proceed *in forma pauperis* on appeal should "state[] the issues that the party intends to present on appeal").

Section 1915(a)(3) of Title 28 provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  For the reasons set forth herein, this Court certifies that Petitioner's appeal is not taken in good faith; therefore, he may not proceed *in forma pauperis* on appeal.  *See* Fed. R. App. P. 24(a)(3); *see also Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis* on Appeal, Doc. [22], is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated this 28th day of July 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

2